IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

TRACY LAMONT JACKSON,

Plaintiff,

v.

SERGEANT DELVIN LOGAN; et al,

Defendants.

CIVIL ACTION NO.: 6:17-cv-52

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 7), to which Plaintiff failed to file Objections.[1] Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES** Plaintiff's Complaint, **without prejudice**, based on Plaintiff's failure to prosecute and failure to follow this Court's Orders. The Court **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal. The Court **DENIES** Plaintiff *in forma pauperis* status on appeal.

**SO ORDERED**, this 31st day of August, 2017.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] In lieu of filing Objections, Plaintiff submitted an Amended Complaint, (doc. 21), on June 21, 2017. However, even if the Court considered Plaintiff's Amended Complaint timely filed, this action would still be subject to dismissal. While Plaintiff states in his Amended Complaint that the facts underlying his claims are attached to a separate sheet of paper, Plaintiff did not submit any additional document outlining the facts supporting his claims. Accordingly, Plaintiff has still failed to comply with the Court's May 3, 2017, Order to properly amend his Complaint.